### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI
### "IN ADMIRALTY"

KEYSTONE SHIPPING COMPANY,
MARGATE SHIPPING COMPANY,

CASE No: 00-4807-CV-KING

Plaintiff,

v.

M/V MANZANILLO, her engines, tackle,
gear, appurtenances, etc., *in rem*; and
COSTAMARE SHIPPING COMPANY, LTD.
*in personam*.

Defendants.

_____/



## MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS WITHOUT DEPOSITION AND ATTACHED STIPULATION

COMES NOW the BISCAYNE BAY PILOTS ASSOCIATION, a non-party in the above

captioned matter, by and through undersigned counsel, moves this honorable Court for entry of an

Order granting a ten (10) day extension in which to produce and/or object to production to the

Subpoena for Production of Documents Without Deposition that was mailed on September 10, 2001

pursuant to Fed. R. Civ. P. 45.1. As grounds for entry of the requested motion BISCAYNE BAY

PILOTS ASSOCIATION states as follows.

1.   That BISCAYNE BAY PILOTS ASSOCIATION retained the undersigned counsel
     on September 25, 2001.

2.   That BISCAYNE BAY PILOTS ASSOCIATION produced the subject subpoena to
     the undersigned counsel on September 26, 2001.

3.   That the undersigned counsel contacted Mr. Robert Blanck on September 26, 2001.



BISCAYNE BAY PILOTS ASSOCIATION
CASE NO: 00-4807-CV-KING

---

4.   That Mr. Robert Blanck agreed to grant BISCAYNE BAY PILOTS ASSOCIATION
     an extension of ten (10) days for the undersigned to review the subpoena, produce
     documents, and/or object to production. (See stipulation attached hereto as "Exhibit
     A")

5.   That all parties herein stipulated to an extension of ten (10) days for the undersigned
     to review the subpoena, produce documents, and/or object to production.

6.   That pursuant to Fed. R. Civ. P. 45 (3)(A)(I)and this Court has the authority to quash
     or modify the subpoena if it fails to allow reasonable time for compliance.

7.   That pursuant to Fed. R. Civ. P. 45 (3)(A)(iii)and this Court has the authority to
     quash or modify the subpoena if it requires the disclosure of privileged or other
     protected matter.

8.   That pursuant to Fed. R. Civ. P. 7.1 (j) no memorandum of law is needed to
     accompany this motion.

WHEREFORE the BISCAYNE BAY PILOTS ASSOCIATION, a non-party in the above
captioned matter, by and through undersigned counsel, moves this honorable Court for entry of an
Order granting a ten (10) day extension in which to produce and/or object to production to the
Subpoena for Production of Documents Without Deposition that was mailed on September 10, 2001
pursuant to Fed. R. Civ. P. 45.1.

2

**BISCAYNE BAY PILOTS ASSOCIATION**
**CASE NO: 00-4807-CV-KING**

---

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy was mailed this _____ day of

_____ , 2001 to Robert W. Blanck, Esq. 5730 S.W. 74th St. Suite 700 Miami, Florida 33146,

and Reginald M. Hayden, Esq. 5915 Ponce de Leon Blvd. Suite 63 Miami Florida 33146.

GAEBE, MURPHY, MULLEN & ANTONELLI
Attorneys for BISCAYNE BAY PILOTS
ASSOCIATION
420 South Dixie Highway, Third Floor
Coral Gables, FL  33146
DADE #: 305/667-0223

By: _____
David A. Neblett
Fla. Bar No.: 0085609

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI
"IN ADMIRALTY"

KEYSTONE SHIPPING COMPANY,                    CASE No: 00-4807-CV-KING
MARGATE SHIPPING COMPANY,

            Plaintiff,

v.

M/V MANZANILLO, her engines, tackle,
gear, appurtences, etc., *in rem*; and
COSTAMARE SHIPPING COMPANY, LTD.
*in personam*.

            Defendants.

## STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS WITHOUT DEPOSITION

BISCAYNE BAY PILOTS ASSOCIATION, a non-party in the above captioned

matter, by and through undersigned counsel, and Robert W. Blanck, Esq. hereby stipulate

to a ten (10) day extension of time in which BISCAYNE BAY PILOTS ASSOCIATION

may produce and/or object to the production requested in the Subpoena for Production of

Documents Without Deposition that was mailed on September 10, 2001 pursuant to Fed.

R. Civ. P. 45.1.

Attorneys for the BISCAYNE BAY PILOTS          Attorneys for Defendants
ASSOCIATION
420 South Dixie Highway, Third Floor           5730 S.W 74th St. Suite 700
Coral Gables, FL 33146                         Miami, Florida 33146
DADE #: 305/667-0223                           305-663-0177

By:                                            By:
   David A. Neblett                               Robert W. Blanck