UNITED STATES DISTRICT COURT
CASE NO.: 00-4807-CIV-KING
PAGE -1-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

KEYSTONE SHIPPING COMPANY,
MARGATE SHIPPING COMPANY,

    Plaintiffs/Counterdefendants,

vs.

M/V MANZANILLO, her engines,
tackle, gear, appurtences, etc. *in rem*,
and WOODLEY MARITIME CORP.,
and COSTAMARE SHIPPING COMPANY LTD.,
*in personam*,

    Defendants/Counterplaintiffs.
_____/

CASE NO: 00-4807-CIV-KING



FILED by W___ D.C.

FEB -7 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### STIPULATION AND JOINT MOTION FOR
### DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW the parties hereto, KEYSTONE SHIPPING COMPANY, MARGATE SHIPPING COMPANY, and the M/V MANZANILLO, WOODLEY MARITIME CORP., and COSTAMARE SHIPPING COMPANY LTD. by and through their undersigned attorneys, and show unto the Court that they have agreed to the dismissal of the subject cause.

WHEREFORE, the parties petition this Court for an Order Dismissing this cause with prejudice, each party to bear its own costs and attorneys' fees.

DATED: this _6_ day of _February_, 2003.

BLANCK & PERRY, PA.
5730 SW 74 Street, Suite 700
Miami, Florida 33143

HAYDEN & MILLIKEN, PA..
5915 Ponce De Leon Blvd, #63
Coral Gables, Florida 33146

UNITED STATES DISTRICT COURT
CASE NO.: 00-4807-CIV-KING
PAGE -2-

By: _____  
Robert W. Blanck, Esquire  
Attorney for Defendant

By: _____  
Reginald M. Hayden, Esquire  
Attorney for Plaintiff

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the above Stipulation and Joint Motion for Dismissal, and it appearing to the Court that the subject cause should be dismissed, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this cause be, and the same is, hereby dismissed With Prejudice, each party to bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 7 day of Feb., 2003.

_____  
United States District Court Judge

cc: Robert W. Blanck, Esquire  
cc: Reginald M. Hayden, Esq.  
6075/StipforDismissal